```
        IN THE UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF ARKANSAS
                 HARRISON DIVISION
```

ROBERT PSENKA, et al                              PLAINTIFF

      v.           Civil No. 05-5200

HAYES FAMILY TRUST, et al                         DEFENDANT

### ORDER

NOW on this 14TH day of May, 2007, comes on for consideration plaintiffs motion for continuance (Pleading #34) filed May 10, 2007.

IT IS ORDERED that the motion is well taken and should be granted. This matter is removed from the June 18, 2007, trial docket and is reset for a bench trial during the week beginning **DECEMBER 10, 2007 AT 9:00AM IN FORT SMITH, ARKANSAS**. This court's previous final scheduling order is adjusted as follow:  (1) discovery deadline is OCTOBER 26, 2007 and (2) any additional dispositive motions are due NOVEMBER 2, 2007.  The Court will consider sanctions on any party for any further non-compliance of pre-trial discovery.

                                      /s/ Robert T. Dawson
                                      ROBERT T. DAWSON
                                      UNITED STATES DISTRICT JUDGE