```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                  HARRISON DIVISION


ROBERT PSENKA, etal                            PLAINTIFF

          v.           Civil No. 05-5200

HAYES FAMILY TRUST, et al                      DEFENDANT
```

**ORDER**

NOW on this 30th day of November, 2007, comes on for consideration plaintiffs' motion for continuance (Pleading #39) filed November 28, 2007.  Counsel for defendants do not object.

IT IS ORDERED that the motion is well taken and should be granted.  This matter is removed from the December 10, 2007, trial docket and is reset for a bench trial during the week beginning **MARCH 10, 2008 AT 9:00AM in Courtroom 1004, FORT SMITH, ARKANSAS.**

This court's previous scheduling order remains in effect.

```
                          /s/ Robert T. Dawson
                          ROBERT T. DAWSON
                          UNITED STATES DISTRICT JUDGE
```