IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

ROBERT PSENKA, JEFF RODD AND
OZARK ENCLAVE PROPERTIES, and
J AND J DEVELOPMENT, INC.                                    **PLAINTIFFS**

V.                                        NO. 5:05-CV-5200  RTD

HAYES FAMILY TRUST, HERMAN GROVER
HAYES, VERA L. HAYES, EVERETT HAYES,
JOEL HAYES, LINDA HAYES, TIM HAYES AND
SANDRA MCNEIL                                               **DEFENDANTS**

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On Friday, April 11, 2008, information came to light indicating that the citizenship of the Hayes Family Trust, a Defendant, may be in the State of Arkansas. Such information raised the issue of whether this Court has subject matter jurisdiction based on diversity of citizenship.

By conference call on Monday, April 14, 2008, between the Court and counsel for the Plaintiffs, Larry W. Burks, and counsel for all Defendants, Phillip A. Moon, counsel for the parties informed the Court of their agreement, as follows:

1.      Plaintiffs agree to a dismissal of this case without prejudice;

2.      Plaintiffs will refile their Complaint in Newton County, Arkansas, Circuit Court, 14th Judicial Circuit, and have summonses issued to all Defendants; and

3.      Phillip A. Moon is authorized to accept service of process - Complaint and Summons - on behalf of each and every Defendant.

1

WHEREFORE, IT IS ORDERED that the Complaint in this matter is dismissed

without prejudice.

Dated April 14, 2008

By: _____
ROBERT T. DAWSON
UNITED STATES DISTRICT JUDGE

APPROVED:

Larry W. Burks, No. 70012

_____
Friday, Eldredge & Clark
400 West Capitol Ave., Ste 2000
Little Rock, AR 72201
Tele 501-376-2011
Email: burks@fec.net

ATTORNEYS FOR PLAINTIFFS
ROBERT PSENKA, JEFF RODD AND
OZARK ENCLAVE PROPERTIES, and
J AND J DEVELOPMENT, INC

Phillip A. Moon, No. 84109

_____
Attorney at Law
P.O. Box 2217
Harrison, AR 72602
Telephone: 870-743-5003
Email: phillipamoon@live.com

ATTORNEY FOR DEFENDANTS
HAYES FAMILY TRUST, HERMAN GROVER
HAYES, VERA L. HAYES, EVERETT HAYES,
JOEL HAYES, LINDA HAYES, TIM HAYES AND
SANDRA MCNEIL

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

APR 1 4 2008

CHRIS R. JOHNSON, CLERK

2